**Order filed February 14, 2013**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00044-CV

————————

### JOHANNES "JOE" ELMGREN, Appellant

### V.

### INEOS USA, LLC F/K/A INNOVENE USA, LLC AND INEOS POLYMERS, INC. AKA INEOS OLEFINS AKA INEOS OLEFINS & POLYMERS USA, ET. AL., Appellees

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 61,590**

## O R D E R

The clerk's record was filed February 12, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the notice of appeal.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before March 1, 2013, containing the notice of appeal.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM